Witlinsky, Appellant, v. J. C. Penney Company.

Argued April 13, 1965. *Paul N. Barna, Jr.*, with him *Barna and Barna*, for appellant; *H. Gilmore Schmidt*, for appellee.

Judgment affirmed.

FLOOD, J., absent.

June 2, 1965

Fitchwell et al., Appellants, v. Great Atlantic & Pacific Tea Company, Inc.

Argued April 15, 1965. *Henry A. Hudson, Jr.*, with him *Behrend, Phillips & Hudson*, for appellants; *James F. Manley*, with him *Robert C. Little*, and *Burns & Manley*, for appellee.

Order affirmed.

FLOOD, J., absent.

Jones et ux. v. Sunde et al., Appellants.

Argued April 15, 1965; reargument refused July 19, 1965. *Philip E. Brockway*, with him *Brockway and Brockway*, for appellants; *Albert E. Acker*, with him *Cusick, Madden, Joyce, Acker and McKay*, for appellees.

Order affirmed.

FLOOD, J., absent.